**[J-47-2014][M.O. – Stevens, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 677 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on |
| | : | 1/17/13 in the Court of Common Pleas, |
| v. | : | Criminal Division of Allegheny County at |
| | : | Nos. CP-02-CR-0011609-1997, CP-02- |
| | : | CR-0012047-1997 and CP-02-CR- |
| | : | 0013318-1997 |
| WAYNE CORDELL MITCHELL, | : | |
| | : | |
| Appellant | : | SUBMITTED: April 15, 2014 |

**CONCURRING OPINION**

**MR. JUSTICE SAYLOR**                    **DECIDED: December 16, 2014**

I join the majority opinion for the most part. My only reservation is with some of the majority's more affirmative statements concerning the character of Appellant's proofs. For example, the majority deems Appellant's post-conviction evidence to be "merely cumulative," relative to mitigation evidence presented at the penalty stage of his trial. See Majority Opinion, slip op. at 49. Left to my own devices, I would simply hold that the post-conviction evidence is insufficient to carry Appellant's burden.